IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ZACKERY MARTIN,

       Appellant,

v.

DEPARTMENT OF
CORRECTIONS,

       Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1849

Opinion filed March 21, 2017.

An appeal from the Circuit Court for Leon County.
James C. Hankinson, Judge.

Gary J. Schwartz, Orlando, for Appellant.

Pamela Jo Bondi, Attorney General, and Gayla Grant, Assistant General Counsel,
Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

WOLF, RAY, and MAKAR, JJ., CONCUR.